IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DESHONE DONALD,**

   *Plaintiff*,

v.                                                    Case No.: 4:22cv23-MW/MJF

**KEVIN CARROLL, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this Court." The Clerk shall close the file.

   **SO ORDERED on July 8, 2022.**

                                                      s/Mark E. Walker                
                                                      **Chief United States District Judge**